IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ERIC MITCHELL BLANTON,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER M. CARR; THERESE S. BARNES; and STEPHEN BRIGHT,<br><br>Respondents. | CIVIL ACTION NO.: 6:16-cv-124 |

## **ORDER**

Presently before the Court is the Magistrate Judge's April 25, 2017, Report and Recommendation, (doc. 31), to which Petitioner Eric Mitchell Blanton ("Blanton") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Blanton's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, (doc. 1), and **DENIES** Blanton leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 7th day of June, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA